UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LATISHA KINARD,**<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**DISTRICT OF COLUMBIA**, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 1:23-cv-00285 (TNM) |

## ORDER

Plaintiff Latisha Kinard, proceeding pro se, sued Mayor Muriel Bowser and the District of Columbia for employment and disability discrimination. *See* Compl., ECF No. 1-2. The District of Columbia then removed the action. *See* Notice of Removal, ECF No. 1.

On April 25, 2023, the District and Mayor Bowser moved to dismiss. *See* Mot. to Dismiss, ECF No. 10. Because Kinard is pro se, the Court then entered the standard *Fox* Order advising her to respond on or before May 9, 2023. *See* Order, ECF No. 11. Kinard has neither moved for an extension nor filed an opposition. As such, she has not responded to Defendants' Motion to Dismiss within the 14-day time required by Local Civil Rule 7(b). Thus, and upon consideration of Defendants' Motion to Dismiss, the pleadings, and the relevant law, it is hereby

**ORDERED** that Defendants' [10] Motion to Dismiss is **GRANTED** as conceded under Local Civil Rule 7(b); it is also

**ORDERED** that the Complaint against the District of Columbia and Mayor Bowser is **DISMISSED** without prejudice.

The Clerk of Court is requested to close this case.

**SO ORDERED.**

Dated: May 23, 2023                                                TREVOR N. McFADDEN, U.S.D.J.